AO 91 (Rev. 5/95) Criminal Complaint

_____

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V | **CRIMINAL COMPLAINT** |
| **BOLANOZ GONZALEZ, JUAN CARLOS**<br>A201 536 191 | CASE NUMBER: 1:19**-PO 011** |

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  03/09/2019  in Cameron County, in the SOUTHERN District of TEXAS defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a counterfeit Authorization for Parole of an Alien into the United States and counterfeit Parole permit,

in violation of Title  8  United States Code, Section(s)  1325 (a)(3) .

I further state that I am a (n) Customs and Border Protection Officer and that this complaint is based on the following facts:

The defendant attempted to gain illegal entry into the United States through the Veterans International Bridge in Brownsville, Texas. The defendant presented a Form I-512 Authorization for Parole of an Alien into the United States and a Form I-94 Parole in the name of Juan Carlos BOLANOS GONZALEZ and further claimed to be said person to a U.S. Customs and Border Protection Officer. After further inspection, it was determined both documents were counterfeit. The defendant's true name is Juan Carlos BOLANOZ GONZALEZ, a citizen and national of Mexico with no legal status to enter or be in the United States.

Defendant had $89.00 USD and $900.00 Mex pesos.

**Continued on the attached sheet and made a part hereof:   ___Yes   X No**

/s/
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**March 11, 2019**                                    at        **BROWNSVILLE, TEXAS**
Date                                                                                City and State

**Ignacio Torteya III, U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                                Signature of Judicial Officer